**CERTIFICATION PURSUANT TO**
**THE FEDERAL SECURITIES LAWS**

I, R. Randall Roche, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the General Counsel of the Louisiana Municipal Police Employees Retirement System ("LAMPERS") whose principal place of business is Baton Rouge, Louisiana.

2. I am familiar with the allegations in this matter, and authorize the filing of a Complaint and/or lead plaintiff papers in this matter on behalf of LAMPERS.

3. LAMPERS is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint), LAMPERS purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5. LAMPERS did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date of my signing this Certification, LAMPERS sought to serve, or served as a representative party or lead plaintiff on behalf of a class in the private action(s) arising under the Securities Act or the Exchange Act identified on the attached Schedule of Cases:

7. LAMPERS will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of June, 2010, at Baton Rouge, Louisiana.

R. RANDALL ROCHE
(Print Name)

GENERAL COUNSEL
(Title)

R. Randall Roche
(Signature)

1