**SCHEDULE OF CASES**

*Louisiana Municipal Police Employees' Retirement System*

During the three-year period preceding the date of the Plaintiff Certification, LAMPERS sought to serve, or served as a representative party or lead plaintiff on behalf of a class in the following private action(s) arising under the Securities Act of the Exchange Act:

*Kim v. Harman International Industries, Inc.,* 07-cv-01757, filed 10/01/07 (D. D.C.) (Moved for Lead Plaintiff, but was *not* appointed)

*Louisiana Sheriffs' Pension and Relief Fund v. Merrill Lynch & Co., Inc.*, 08-cv-09063, filed 10/22/08 (S.D.N.Y.) (Class Representative in the action)

*HCL Partners Limited Partnership v. Leap Wireless International, Inc.*, 07-cv-02245, filed 11/27/07 (S.D. California) (Moved for Lead Plaintiff, but was *not* appointed)

*Schmalz v. MBIA, Inc.,* 08-cv-00264, filed 01/11/08 (S.D.N.Y.) (Moved for Lead Plaintiff, but was *not* appointed)

*Manson v. Schering-Plough Corporation*, 08-cv-00397, filed 01/18/08 (D.N.J.)(Moved for Lead Plaintiff, *and was appointed Lead Plaintiff*)

*In re Bank United Securities Litigation*, 08-cv-22572, filed 09/16/08 (S.D. Fla.) (Moved for Lead Plaintiff, *and was appointed Lead Plaintiff*)

*In re Citigroup Inc. Bond Litigation*, 08-cv-09522, filed 11/05/08 (S.D.N.Y.) (Class Representative in the action)

*Zemprelli v. The Royal Bank of Scotland Group PLC,* 09-cv-00300, filed 01/12/09 (S.D.N.Y.) (Moved for Lead Plaintiff, but was *not* appointed)

*City of Roseville Employees; Retirement System v. Textron Inc..,* 09-cv-00367, filed 08/13/09 (D.R.I.) (Moved for Lead Plaintiff, but was *not* appointed)

*Zhu v. UCBH Holdings Inc., et al.*, 09-cv-04208, filed 09/11/09 (N.D. California) (Moved for Lead Plaintiff, but was *not* appointed)

*Cornwell et al. v. Credit Suisse Group et al.,* filed 04/21/08 (S.D.N.Y.) (Class Representative in the action).