## **SCHEDULE A**

### *Louisiana Municipal Police Employees Retirement System*

Class Period Transactions in Diebold, Inc (Class Period: 6/30/2005 Through 1/15/2008)

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 10/06/2005 | buy | 1,300 | $35.75 |
| 10/06/2005 | sell | -1,300 | $35.75 |
| 10/14/2005 | sell | -800 | $33.66 |
| 11/01/2005 | sell | -600 | $35.98 |
| 09/22/2006 | buy | 1,000 | $42.86 |
| 10/02/2006 | buy | 600 | $43.37 |
| 10/10/2006 | buy | 1,300 | $43.79 |
| 10/18/2006 | buy | 800 | $42.51 |
| 10/26/2006 | buy | 500 | $41.58 |
| 03/12/2007 | sell | -500 | $47.13 |
| 03/20/2007 | sell | -700 | $47.67 |
| 03/21/2007 | buy | 3,000 | $48.25 |
| 03/21/2007 | sell | -800 | $48.25 |
| 03/21/2007 | sell | -1,200 | $48.25 |
| 03/21/2007 | sell | -1,000 | $48.25 |
| 04/05/2007 | sell | -800 | $48.47 |
| 04/24/2007 | sell | -1,200 | $50.08 |
| 07/02/2007 | sell | -300 | $53.25 |
| 07/02/2007 | buy | 1,000 | $53.25 |
| 07/02/2007 | sell | -700 | $53.25 |
| 07/20/2007 | sell | -700 | $54.09 |
| 09/24/2007 | buy | 300 | $46.75 |
| 09/24/2007 | sell | -300 | $46.75 |
| 09/27/2007 | sell | -300 | $45.40 |
| 10/15/2007 | buy | 900 | $43.22 |
| 10/23/2007 | buy | 1,200 | $41.48 |
| 10/24/2007 | sell | -900 | $42.50 |
| 10/24/2007 | buy | 900 | $42.50 |
| 11/06/2007 | buy | 900 | $40.00 |
| 11/06/2007 | sell | -900 | $40.00 |
| 11/08/2007 | buy | 1,400 | $37.53 |
| 11/28/2007 | buy | 900 | $34.03 |
| 11/29/2007 | buy | 400 | $35.00 |
| 11/29/2007 | sell | -400 | $35.00 |
| 12/14/2007 | buy | 800 | $32.47 |