UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | No. 1:10-cv-01461-BYP<br><br>CLASS ACTION<br><br>Judge Benita Y. Pearson |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| KPMG, LLP, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

PLAINTIFFS' MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) APPLICATION OF PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

| | |
|---|---|
| LANDSKRONER • GRIECO • MERRIMAN, LLC<br>JACK LANDSKRONER (0059227)<br>1360 West 9th Street, Suite 200<br>Cleveland, OH 44113<br>Telephone: 216/522-9000<br>216/522-9007 (fax)<br><br>Liaison Counsel | ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>DEBRA J. WYMAN<br>SUSANNAH R. CONN<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiff |

917418_1

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to an Order of the Court dated November 20, 2013, on March 19, 2014, at 10:30 a.m., or as soon thereafter as counsel may be heard, at the Thomas D. Lambros United States Federal Building and Courthouse, 125 Market Street, Youngstown, Ohio, before the Honorable Benita Y. Pearson, United States District Judge, Lead Plaintiff Building Trades United Pension Trust Fund and proposed Class Representative Alaska Electrical Pension Fund (collectively, "Plaintiffs") will and hereby move for orders approving the proposed settlement of the above-captioned action, the Plan of Allocation of settlement proceeds, and the application for an award of attorneys' fees and expenses.  Plaintiffs' motion is based on the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, the Memorandum of Law in Support of Application of Plaintiffs' Counsel for an Award of Attorneys' Fees and Expenses, the Declaration of Debra J. Wyman in Support of Motion for (1) Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds; and (2) Application of Plaintiffs' Counsel for an Award of Attorneys' Fees and Expenses, the declarations of counsel, the Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

DATED:  February 19, 2014             Respectfully submitted,

                LANDSKRONER • GRIECO • MERRIMAN, LLC
                JACK LANDSKRONER (0059227)
                1360 West 9th Street, Suite 200
                Cleveland, OH  44113
                Telephone:  216/522-9000
                216/522-9007 (fax)

                Liaison Counsel

- 2 -

        ROBBINS GELLER RUDMAN & DOWD LLP
        DEBRA J. WYMAN
        SUSANNAH R. CONN


                s/ Debra J. Wyman
               DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 19, 2014.

            s/ Debra J. Wyman
            DEBRA J. WYMAN

            ROBBINS GELLER RUDMAN
               & DOWD LLP
            655 West Broadway, Suite 1900
            San Diego, CA  92101-3301
            Telephone:  619/231-1058
            619/231-7423 (fax)

            E-mail:  DebraW@rgrdlaw.com

## Mailing Information for a Case 1:10-cv-01461-BYP Louisiana Municipal Police Employees Retirement System v. KPMG LLP et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rajeev K. Adlakha**
  rkadlakha@vorys.com,smromanin@vorys.com

- **Jeffrey D. Baltruzak**
  jbaltruzak@mwe.com

- **Jonathan R. Barr**
  jbarr@bakerlaw.com

- **Fritz E. Berckmueller**
  fberckmueller@calfee.com,mkucharson@calfee.com,ezell@calfee.com

- **Terry M. Brennan**
  tbrennan@bakerlaw.com,kwangsgard@bakerlaw.com,fharker@bakerlaw.com,gcurbelo@bakerlaw.com,bhlitdocket@bakerlaw.com

- **John J. Carney**
  jcarney@bakerlaw.com

- **Susannah R. Conn**
  sconn@rgrdlaw.com

- **Virginia A. Davidson**
  vdavidson@calfee.com

- **Francesca M. Harker**
  fharker@bakerlaw.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,jguglielmo@scott-scott.com,tcrockett@scott-scott.com,dbroggi@scott-scott.com,efile@scott-scott.com

- **Jack Landskroner**
  jack@lgmlegal.com,debra@lgmlegal.com

- **Jeffrey J. Lauderdale**
  jlauderdale@calfee.com,dmichalski@calfee.com

- **Jeffrey D. Light**
  jeffl@rgrdlaw.com,jstark@rgrdlaw.com

- **Kristin S.M. Morrison**
  kmorrison@jonesday.com,hjhockenberry@jonesday.com

- **Adrienne F. Mueller**
  afmueller@jonesday.com,nmadamczyk@jonesday.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com

- **John M. Newman , Jr**
  jmnewman@jonesday.com,nmadamczyk@jonesday.com,pgarver@jonesday.com

- **John D. Parker**
  jparker@bakerlaw.com,lreece@bakerlaw.com

- **Geoffrey J. Ritts**
  gjritts@jonesday.com,nmadamczyk@jonesday.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Jeffrey A. Rossman**
  jrossman@mwe.com,deberry@mwe.com

- **Steven S. Scholes**
  sscholes@mwe.com

- **William P. Schuman**
  wschuman@mwe.com,bolvera@mwe.com

- **David J. Tocco**
  djtocco@vorys.com,kshowe@vorys.com

- **Michael N. Ungar**
  mungar@ulmer.com,mcrick@ulmer.com

- **Daniel R. Warren**
  dwarren@bakerlaw.com

- **Robert N. Webner**
  rnwebner@vorys.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,stremblay@rgrdlaw.com

- **Melissa L. Zujkowski**
  mzujkowski@ulmer.com,rbrumfield@ulmer.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Phillip            A. Brown
Vorys, Sater, Seymour & Pease - Columbus
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Kathryn            E. Schill
INVALID ADDRESS - Baker & Hostetler - Cleveland
3200 PNC Center
1900 East Ninth Street
Cleveland, OH 44114
```